United States District Court
District of Connecticut
FILED AT HARTFORD
11/9 , 20 22
By F. Velez
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:22CR___ (OAW) |
| v. | VIOLATION: |
| DIMITRIOS KASSIMIS, a.k.a. "Jimmy" | 26 U.S.C. § 7201 (Tax Evasion) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Tax Evasion - 2020)

During the calendar year 2020, the defendant DIMITRIOS KASSIMIS, also known as "Jimmy," a resident of Old Saybrook, Connecticut, received taxable income upon which there was substantial income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before April 18, 2021, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, KASSIMIS, from on or about January 1, 2020, through on or about June 29, 2021, in the District of Connecticut and elsewhere, willfully attempted to evade and defeat a substantial amount of the income tax due and owing by him to the United States of America for the calendar year 2020 by committing the following affirmative acts, among others:

(a) earning approximately $873,930.00 in gross receipts for Allstate Contracting Group, LLC, a business KASSIMIS owned and controlled, and failing to file a tax return for this income;

(b) paying all personal expenses through his business bank accounts, including making cash withdrawals at casinos for personal expenses;

(c) cashing checks made payable to Allstate Contracting Group, LLC; and

    (d)    failing to issue IRS Forms 1099 or W-2 to his business employees and paying at least some employees in cash.

All in violation of Title 26, United States Code, Section 7201.

                                        UNITED STATES OF AMERICA

                                        VANESSA ROBERTS AVERY
                                        UNITED STATES ATTORNEY

                                        DAVID T. HUANG
                                        ASSISTANT U.S. ATTORNEY